**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOHN BRUNO,**                                                                              **PLAINTIFF**
**ADC #115628**

**v.**                                             **4:20-cv-00904-KGB/JTK**

**WENDY KELLEY,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3).   Plaintiff John Bruno has filed a response stating that he has never filed a lawsuit against any Arkansas Division of Correction employees and did not agree for anyone to file a lawsuit on his behalf (Dkt. No. 4).   After careful consideration of the proposed findings and recommendations, Mr. Bruno's response, and a *de novo* review of the record, the Court concludes that the proposed findings and recommendations should be, and hereby are, adopted in their entirety as this Court's findings in all respects (Dkt. No. 3). The Court dismisses without prejudice Mr. Bruno's complaint based on his statement that he did not file the lawsuit or ask anyone to file the lawsuit on his behalf and for failure to pay the filing fee or file a motion to proceed *in forma pauperis* within 30 days as directed by the Court (Dkt. No. 1).

It is so ordered this 21st day of October, 2020.

Kristine G. Baker
United States District Judge